PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions of Supervision**
**with Consent of the Offender**

**Name of Offender:** Kevin Drew **Case Number**: 1:03CR00017-01S

**Name of Sentencing Judicial Officer:** Honorable William E. Smith

**Date of Original Sentence:** July 18, 2003

**Original Offense:** Distribution of Cocaine

**Original Sentence:** Thirty-five months incarceration, three years supervised release with a special condition that he participate in substance abuse treatment as well as pay the cost of supervision at a rate of $100 per month and $100 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 25, 2005

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

The defendant shall serve a term of 90 days home confinement with electronic monitoring and the defendant shall be required to pay for the cost of electronic monitoring at a rate of $3.25 per day. The defendant shall be authorized to leave his residence for employment, counseling, the random urinalysis color code program, religious services on Sundays and community service.

The defendant shall complete community service at a rate of five hours per week for ten weeks at a location approved by the United States Probation Department.

### CAUSE

Mr. Drew failed to submit his November 2005, December 2005 and January 2006, monthly supervision reports to the United States Probation Office until February 8, 2006. He has failed to make payments at a rate of $100 per month despite an ability to do so, and tested positive for marijuana on January 31, 2006. On February 1, 2006, Mr. Drew was served with a Formal Notice of Reprimand for his conduct and corrective action was initiated.

However, since this date, Mr. Drew has failed to report for urine specimens as required on February 17, 2006 and April 13, 2006. He missed counseling on February 13, 2006, without permission, and failed to notify USPO Borrelli he terminated employment on March 6, 2006.

On April 14, 2006, USPO Borrelli spoke to First Assistant United States Attorney Kenneth P. Madden and he advised that he does not pose any objections to the above-mentioned modifications.

PROB 12B
(12/00)

On April 19, 2006, Mr. Drew met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. In view of Mr. Drew's continued pattern of noncompliance, it is respectfully recommended that his conditions be modified to include the above-mentioned conditions in lieu of violation proceedings. During the period of home confinement, we will make concerted attempts to bring Mr. Drew back into compliance with all the terms of supervision. If non-compliance continues, we will request a more aggressive sanction.

**Reviewed and Approved by:**

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 4/19/06

**Respectfully Submitted by:**

**David S. Borrelli**
**U.S. Probation Officer**

Date: 4/19/06

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

Honorable William E. Smith
U.S. District Judge

4/21/06
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall serve a term of 90 days home confinement with electronic monitoring and the defendant shall be required to pay for the cost of electronic monitoring at a rate of $3.25 per day. The defendant shall be authorized to leave his residence for employment, counseling, the random urinalysis color code program, religious services on Sundays and community service.**

**The defendant shall complete community service at a rate of five hours per week for ten weeks at a location approved by the United States Probation Department.**

Witness: David S. Barrelli Signed: [signature]

4-19-06
Date