**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:03-0017-S** |
| | ) | |
| **KEVIN DREW** | ) | |

## MOTION TO AMEND CONDITIONS OF SUPERVISION

Now comes the defendant, Kevin Drew, and hereby moves this Honorable Court to amend the conditions of his supervised release pursuant to Rule 32.1 ( c) of the Federal Rules of Criminal Procedure. Defendant specifically requests that the fine of $100 per month to pay for the cost of supervision be waived from this point forward. In support of this motion Mr. Drew Incorporates the attached memorandum of law.

Respectfully submitted
Kevin Drew
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Gerard Sullivan, AUSA on May 19, 2008.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:03-0017-S** |
| | ) | |
| **KEVIN DREW** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO AMEND CONDITIONS OF SUPERVISION**

Kevin Drew has requested that this Honorable Court amend the conditions of his supervised release pursuant to Rule 32.1 ( c) of the Federal Rules of Criminal Procedure. Defendant specifically requests that the fine of $100 per month to pay for the cost of supervision be waived from this point forward.

Mr. Drew was sentenced, on July 23, 2003 to a sentence of thirty five months incarceration followed by three years of supervised release. He was further ordered to pay a fine of $100 per month during his supervised release in order to help defray the costs of his supervision.[1]

During the past eighteen months Mr. Drew has been steadily employed. He works full time (32 hours per week) as the hiring manager at the Rhode Island State Fraternal Order of Police. As part of his job he trains and supervises telemarketing workers. He has helped other recently released inmates by hiring them.

Mr. Drew is unable to pay the $100 per month fine. His monthly net pay is approximately $1160. His rent is $650 and that does not include the cost of utilities. He has four children and his girlfriend, with whom he lives, is pregnant. Mr. Drew pays $80 per week in child support for his three other children. Recently Mr. Drew's mother, who is ill, has moved in with his family. Mr. Drew has been compliant with the conditions of his supervised release. He is simply unable to pay this fine and continue to afford housing, food and other necessities.

[1] Mr. Drew was released from prison on October 25, 2005 after serving his thirty five month sentence. Had he still been incarcerated at this time, he would be entitled to a reduction in his sentence based on the amendments to the crack cocaine sentencing guidelines.

For these reasons Mr. Drew respectfully requests that this court amend the conditions of his supervised release and waive the fine.

Respectfully submitted
Kevin Drew
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Gerard Sullivan, AUSA on May 19, 2008.

/s/ Mary S. McElroy