**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:03-0017-S** |
| | ) | |
| **KEVIN DREW** | ) | |

---

## MOTION TO WITHDRAW MOTION

Now comes the defendant, Kevin Drew, and hereby moves this Honorable Court to allow him to withdraw his previously filed motion to amend the conditions of his supervised release. Mr. Drew would reserve the right to refile the motion when he has gathered the documentation that probation is seeking.

The government, through Assistant United States Attorney Milind M. Shah indicates no objection to this motion.

Respectfully submitted
Kevin Drew
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Gerard Sullivan, AUSA and Milind M. Shah on August 18, 2008.

/s/ Mary S. McElroy